No. 96–5510. ALLEN v. OREGON. Ct. App. Ore. Certiorari denied.

No. 96–5511. LOWE v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–5514. HUFFMAN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–5516. GRAHAM v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 96–5518. ZUNIGA HERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5519. STEVENS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–5521. MINNIFIELD v. DEPARTMENT OF VETERANS AFFAIRS. C. A. 5th Cir. Certiorari denied.

No. 96–5523. BASTIDAS v. UNITED STATES; and
No. 96–5524. BASTIDAS v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 85 F. 3d 642.

No. 96–5525. WILLIAMS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–5527. SERRANO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5532. FOUNTAIN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–5533. FITZHUGH v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–5538. SIMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–5541. SAVAGE v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 96–5542. RICHARDSON v. CONNECTICUT. App. Ct. Conn. Certiorari denied.